# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:25-cr-40015-MRG |
| | ) | |
| Matthew Lane | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/06/2025

*Defendant's signature*

*Signature of defendant's attorney*

Sean Smith
*Printed name of defendant's attorney*

*Judge's signature*

Margaret R. Guzman, United States District Judge
*Judge's printed name and title*